IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| BRADLEY LEWIS, Individually and on Behalf of All Others, | ) |
|---|---|
| Plaintiff, | ) ) ) Case No. 4:22-cv-00072 |
| v. | ) ) Removed from the Circuit Court of Jackson County, Missouri |
| BKSR LOGISTICS LLC, | ) Case No.: 2116-CV26741 |
| Defendant. | ) ) ) |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant BKSR Logistics LLC ("Defendant"), hereby removes to the United States District Court for the Western District of Missouri, the action styled *Bradley Lewis, Individually and on Behalf of All Others v. BKSR Logistics LLC*, Case No. 2116-CV26741, currently pending in the Circuit Court of Jackson County, Missouri. As grounds for removal, Defendant states as follows:

## STATE COURT ACTION AND TIMELINESS OF REMOVAL

1. Plaintiff Bradley Lewis ("Plaintiff") commenced the above-referenced action in the Circuit Court of Jackson County, Missouri on December 6, 2021, by filing his Petition in the case styled *Bradley Lewis, Individually and on Behalf of All Others v. BKSR Logistics LLC*, Case No. 2116-CV26741. Plaintiff then served Defendant with a Summons and Petition on January 4, 2022.

2. Plaintiff's Petition alleges a violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (the "FCRA").

3. As required under 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders that Plaintiff served on Defendant is attached as **Exhibit A**. A copy of the Jackson County, Missouri Circuit Court file is attached as **Exhibit B**.

4. Under §§ 1441 and 1446, removal is timely if it is filed within 30 days after a defendant is served with a summons and the initial pleading. Defendant is timely filing this Notice of Removal within 30 days of service.

5. This is a civil action over which this Court has original federal question jurisdiction under 28 U.S.C. §1331, and which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a).

## **FEDERAL QUESTION JURISDICTION**

1. The United States District Court for the Western District of Missouri has original subject matter jurisdiction over this case under 28 U.S.C. § 1331 because this case arises under a federal law, namely the FCRA. (*See* Pl.' Pet. generally, and at ¶¶ 56 *et seq.*).

2. The determination of whether a claim "arises under" federal law must be made by reference to the "well-pleaded complaint." *Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804, 808 (1986).

3. Plaintiff's Petition includes one claim for violation of the FCRA.

4. Accordingly, under §§ 1441(a) and 1446(a), and Local Rule 3.1, the U.S. District Court for the Western District of Missouri, Western Division, is the appropriate court for removing this action.

5. Promptly upon filing this Notice of Removal, Defendant shall give notice in writing to all parties and shall file a copy of this Notice of Removal with the Clerk of the Circuit Court of Jackson County, Missouri.

WHEREFORE, Defendant prays that this Court assume control over this action as this action is properly removed on the grounds of federal question jurisdiction.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Justin M. Dean
Justin M. Dean     MO #48647
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303 (*Facsimile*)
justin.dean@ogletree.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of February 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was sent by email to the following:

C. Jason Brown     MO #49952
Jayson A. Watkins     MO #61434
BROWN & WATKINS LLC
301 S. US 169 Hwy.
Gower, MO 64454
816.505.4529
816.424.1337 (Facsimile)
brown@brownandwatkins.com
watkins@brownandwatkins.com

**ATTORNEY FOR PLAINTIFF**

/s/ Justin M. Dean
**ATTORNEY FOR DEFENDANT**